Dismissed and Opinion filed December 19, 2002









Dismissed and Opinion filed December 19, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00705-CV

____________

 

STEPHEN M. MALCHESKI, Appellant

 

V.

 

CINDY LEE SMITHE, Appellee

 



 

On
Appeal from the County Civil Court at Law No. 3

Harris
County, Texas

Trial
Court Cause No. 733,209

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 10, 2002.

On December 11, 2002, appellant filed a motion to dismiss the
appeal because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.  

PER CURIAM

Judgment rendered and Opinion
filed December 19, 2002.

Panel consists of Justices Yates,
Anderson, and Frost. 

Do Not Publish C Tex. R. App. P. 47.3(b).